UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kirk Cutler</u>

      v.                        Case No. 13-cv-236-PB

<u>Warden NH State Prison</u>

<u>O R D E R</u>

I hereby recuse myself from presiding over this case.

SO ORDERED.

                                                  /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

Date: June 26, 2013

cc:  Counsel of Record